AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE    District of MASSACHUSETTS

ONEBEACON AMERICA INSURANCE
COMPANY

V.

BLUE WATER ENTERPRISES, INC.

**SUMMONS IN A CIVIL ACTION**

## 04  11753 JLT

CASE NUMBER:

TO: (Name and address of Defendant)
Blue Water Enterprises, Inc.
270 Old Ocean Street
Marshfield, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth M. Chiarello
CLINTON & MUZYKA, P.C.
One Washington Mall
Suite 1400
Boston, MA  02108

an answer to the complaint which is served on you with this summons, within <u>twenty (20)</u> days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

AUG 1 0 2004

DATE

(By) DEPUTY CLERK



**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

*Deputy Sheriff*

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|--------|----------|-------------|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        *Date*                        *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.