UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NUMBER: 04 11753 JLT

| | |
|---|---|
| ONE BEACON AMERICA INSURANCE COMPANY,<br>Plaintiff,<br><br>v.<br><br>BLUE WATER ENTERPRISES, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, Michael P. Mason, attorney for the Defendant, hereby certify that on this date I served the attached ANSWER on the Plaintiff in this action by mailing a copy thereof, postage prepaid to the following counsel of record:

Kenneth M. Chiarello, Esquire
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108

/s/ Michael P. Mason
Michael P. Mason Esq., BBO#543987
MASON & DUFFY, P.C.
72 Sharp Street
Hingham, MA 02043
(781) 337-0066

Dated: September 10, 2004