UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ONEBEACON AMERICA INSURANCE COMPANY,**<br>    **Plaintiff,** | CIVIL ACTION<br>NO: 04-11753-JLT |
| vs. | |
| **BLUE WATER ENTERPRISES, INC.**<br>    **Defendant.** | |

### ORDER

This matter was before the Court on October 27, 2004 on Plaintiff's Complaint for Appointment of Umpire Pursuant to the Federal Arbitration Act. After hearing thereon, it is hereby Ordered that the parties' surveyors, David Wiggin for the plaintiff and Robert Scanlon for the defendant, are to select a mutually acceptable Umpire, pursuant to the terms and conditions of the controlling insurance policy, by or before November 5, 2004. It is further Ordered that the parties are to report the surveyors' selection to this Court by or before November 8, 2004.

So Ordered:

_____
Honorable Joseph L. Tauro
Dated: October \_\_, 2004

cc:   Robert Scanlon
      P.O. Box 87
      Nahant, MA  01908

      Wiggin Marine, Inc.
      P.O. Box 119
      One Geoffrey Lane
      Cataumet, MA  02534
      Attention: David Wiggin