UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ONEBEACON AMERICA INSURANCE COMPANY, * <br> * <br> Plaintiff, * <br> v. * <br> * <br> * <br> BLUE WATER ENTERPRISES, INC., * <br> * <br> Defendant. * | Civil Action No. 04-11753-JLT |

ORDER

October 28, 2004

TAURO, J.

After a hearing on October 27, 2004, this court hereby orders that:

1. The Parties' surveyors, David Wiggin for Plaintiff and Robert Scanlon for Defendant, shall meet and confer to agree upon the amount of damages to the F/V Prim Lady;

2. In the event that the abovementioned surveyors cannot agree upon the amount of damages, the surveyors are to select a mutually acceptable Umpire by or before November 5, 2004; and

3. The Parties are to report the surveyors' selection to this court by or before November 8, 2004.

IT IS SO ORDERED.

/S/ Joseph L. Tauro
United States District Judge