UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ONEBEACON AMERICA INSURANCE COMPANY,** | **CIVIL ACTION NO: 04-11753-JLT** |
| **Plaintiff,** | |
| vs. | |
| **BLUE WATER ENTERPRISES, INC. Defendant.** | |

**STATUS REPORT AND SUBMISSION OF UMPIRE'S FINDINGS**

Now come the parties, in the above-entitled action, by and through its undersigned attorneys, and submit the Umpire's findings and also report concerning the status of this matter.

1. On or about November 10, 2004, the parties' surveyors agreed to the appointment of James T. Simonitsch to serve as Umpire.

2. On November 23, 2004, Mr. Simonitsch surveyed the defendant's vessel to determine the nature and extent of the damages it sustained as a result of the collision that occurred on August 24, 2002 in Cape Cod Bay.

3. Mr. Simonitsch has issued his written findings, which are attached hereto as Exhibit "A." As indicated therein, his report contains numerous recommendations.

4. The parties are in the process of evaluating the Umpire's findings. After their evaluations are complete, they intend to discuss the future handling of this matter.

5. The parties will keep the Court advised of any new developments that occur.

Respectfully submitted,

**FOR THE PLAINTIFF**                                  **FOR THE DEFENDANT**


<u>"/s/Kenneth M. Chiarello"</u>                          <u>"/s/Timothy Duffy"</u>
Kenneth M. Chiarello                                   Timothy Duffy
BBO NO: 639274                                         BBO NO:
CLINTON & MUZYKA, P.C.                                 MASON & DUFFY, P.C.
One Washington Mall                                    72 Sharp Street
Suite 1400                                             Hingham, MA  02043
Boston, MA  02108                                      (781) 337-0066
(617) 723-9165


Dated: December 10, 2004