**WIGGIN MARINE, INC.**
Marine Surveyors & Consultants

P.O. Box 119
One Geoffrey Lane
Cataumet, MA 02534
Tel/Fax 508-563-3661
Mobile 508-274-4747
E-mail: David.Wiggin@verizon.net

November 12, 2004

**Via U.S. EXPRESS MAIL**
Mr. James Simonitsch
Independent Marine Surveyor
P.O. Box 192
Round Pond, ME 04564

Re:   Bluewater Enterprises (c/o Joseph Galgana), F/V PRIM LADY
      IMU Claim OBM00328Y
      ITS File 31022524 (SGS File #33818)
      WMI File #2004124
      Collision, August 24, 2002
      Third Party – Jeff Lee Bolster, F/V SNOW GOOSE
      US District Court of Massachusetts' Civil Action #04-11753-JLT

Dear Mr. Simonitsch:

Pursuant to the Court's Order and instructions from Mr. Kenneth Chiarello of the law firm Clinton & Muzyka, please find enclosed the following documents:

    Mr. Rob Scanlon's Damage Survey Report "Galgana – 02.10.6", 9 pages.

    Mr. Rob Barry's Damage Estimate, 2 pages.

    Mr. Galgana's Boating Accident Report, 3 pages.

    East Bay Surveyors' Condition & Value Survey Report, 4 pages.

    ITS' Preliminary Report #1 dated April 25, 2003 and copies of the photographs included with the report, 12 pages. Color re-prints of the photographs have also been provided, pages 6-12.

    Copies of ITS' Additional Photographs dated April 25, 2003, pages 1-38 and Color re-prints of the photographs, pages 1-38.

    ITS' Recommended Preliminary Repairs memo dated May 10, 2003 to Atty. Mason, 2 pages.

    ITS' Preliminary Report #2 dated May 19, 2003 and copies of the photographs included with the report and attachments, 13 pages. Color re-prints of the photographs have also been provided, pages 5-10.

    Marine Safety Consultant's May 24, 2003 Fax Cover, 1 page and their September 30, 2002 Damage Survey Report, 9 pages; D.N. Kelley's February 4, 2003 estimate, 2 pages and J&D Fiberglass Boat Repair Invoice, 1 page.

Bluewater Enterprises (c/o Joseph Galgana), F/V PRIM LADY  2
IMU Claim OBM00328Y
ITS File 31022524 (SGS File #33818)
WMI File #2004124
Collision, August 24, 2002
Third Party – Jeff Lee Bolster, F/V SNOW GOOSE
US District Court of Massachusetts' Civil Action #04-11753-JLT
November 12, 2004

      Gorham's Diesels' Machinery Conditions & Proposed Repairs Statement dated June 10, 2003 and their note dated July 18, 2003, 3 pages.

Please contact Mr. Chiarello should you have any questions.

The above is a statement of opinion, made and submitted without prejudice to the rights and/or interests concerned, and is subject to the terms and conditions of the policy of insurance.

                                          Respectfully submitted,

                                          David R. Wiggin
                                          Marine Surveyor
                                          WIGGIN MARINE INC.

Cc:    Mr. Kenneth Chiarello, Esq.
        Clinton & Muzyka, P.C.
        Fax #617-720-3489 (cover letter only, 2 pages)