

Massachusetts Environmental Police
Boating & R.V. Safety Bureau
1019 Rte. 132, 2nd Floor
Hyannis, MA 02601
(617) 727-8760

## BOATING ACCIDENT REPORT

The operator/owner of a vessel used for recreational purposes is required to file a report in writing whenever an accident results in: loss of life or disappearance from a vessel; an injury which requires medical treatment beyond first aid; or property damage in excess of $500 or complete loss of the vessel. Reports in death and injury cases must be submitted within 48 hours. Reports in other cases must be submitted within 10 days. Reports must be submitted to the above address. This form is provided to assist the operator in filing the required written report.

COMPLETE ALL BLOCKS. (indicate those not applicable by "NA")

| NAME AND ADDRESS OF OPERATOR | AGE OF OPERATOR 58 | OPERATOR'S EXPERIENCE | |
|---|---|---|---|
| JOSEPH R GALGANA  270 OLD OCEAN ST, MARSHFIELD MA 02050 | DATE OF BIRTH  8-26-43 | This type of boat  [ ] Under 20 Hours  [ ] 20 to 100 Hours  [ ] 100 to 500 Hours  [✓] Over 500 Hours | Other Boat Operating Exp.  [ ] Under 20 Hours  [ ] 20 to 100 Hours  [ ] 100 to 500 Hours  [✓] Over 500 Hours |
| OPERATOR TELEPHONE NUMBER  (781) 837-9826 | OWNER TELEPHONE NO.  (781) 837-9826 | | |
| NAME AND ADDRESS OF OWNER  BLUE WATER ENTERPRISES Inc.  PO BOX 2682 OCEAN BLUFF MA 02065 | RENTED BOAT?  [ ] YES  [✓] NO | NUMBER OF PERSONS ON BOARD  4 | FORMAL INSTRUCTION IN BOATING SAFETY  [ ] None [ ] State [ ] U.S. Power Squadron  [ ] USCG Auxiliary [ ] American Red Cross  [✓] Other (Specify) MASS MARITIME ACAD. VACATION |

### VESSEL NO. 1 (this vessel)

| BOAT REGISTR. NO.  MS 7604 BW | BOAT NAME  PRIM LADY | BOAT MAKE  PROVINCIAL | BOAT MODEL  PROVINCIAL 42 | MFR. HULL IDENTIFICATION NO.  MS ZMT 181 G 262 |
|---|---|---|---|---|
| TYPE OF BOAT  [ ] Open Motorboat  [✓] Cabin Motorboat  [ ] Auxiliary Sail  [ ] Sail (only)  [ ] Rowboat  [ ] Canoe  [ ] Other (Specify) | HULL MATERIAL  [ ] Wood  [ ] Aluminum  [ ] Steel  [✓] Fiberglass  [ ] Rubber/vinyl  [ ] Other(Specify) | ENGINE  [ ] Outboard  [ ] Inboard gasoline  [✓] Inboard diesel  [ ] Inboard-outdrive  [ ] Jet  [ ] Other (Specify) | PROPULSION  No. of engines 1  Horsepower (total) 300  Type of fuel DIESEL  Has boat had a Safety Examination? [ ] YES [✓] NO  For current year? [ ] YES [ ] NO Year____  Indicate whether [ ] USCG Auxiliary Courtesy Marine Exam  [ ] State/local examination [ ] Other | CONSTRUCTION  Length 42'  Year built (boat) 1985 |

### ACCIDENT DATA

| DATE OF ACCIDENT  8-24-02 | TIME  2:30 pm | NAME OF BODY OF WATER  CAPE COD BAY | LOCATION (Give location precisely)  13913.0 / 25541.8 | Lat:____  Long:____ |
|---|---|---|---|---|
| STATE  MA | NEAREST CITY OR TOWN  BRANT ROCK / MARSHFIELD | | COUNTY  PLYMOUTH | |

| WEATHER | WATER CONDITIONS | TEMPERATURE | WIND | VISIBILITY |
|---|---|---|---|---|
| [ ] Clear [ ] Rain  [✓] Cloudy [ ] Snow  [ ] Fog [ ] Hazy | [ ] Calm (waves less than 6")  [ ] Choppy (waves 6" to 2')  [✓] Rough (waves 2' to 6') 2-3'  [ ] Very Rough (greater than 6')  [ ] Strong Current | (Fahrenheit)  Air 70° F  Water ___ °F | [ ] None  [ ] Light (0-6 mph)  [✓] Moderate (7-14 mph)  [ ] Strong (15-25 mph)  [ ] Severe (Over 25 mph) | Day  Night  [✓] Good [ ]  [ ] Fair [ ]  [ ] Poor [ ] |

| OPERATION AT TIME OF ACCIDENT (Check all applicable) | TYPE OF ACCIDENT | | WHAT IN YOUR OPINION CONTRIBUTED TO THE ACCIDENT? (Check all applicable) | |
|---|---|---|---|---|
| [✓] Commercial Activity  [ ] Cruising  [ ] Maneuvering  [ ] Approaching Dock  [ ] Leaving Dock  [ ] Water Skiing  [ ] Racing  [ ] Towing  [ ] Other (Specify)  [ ] Drifting  [✓] At Anchor  [ ] Tied to Dock  [ ] Fueling  [✓] Fishing  [ ] Hunting  [ ] Skin Diving/Swimming  [ ] Being Towed | [ ] Grounding  [ ] Capsizing  [ ] Flooding  [ ] Sinking  [ ] Fire or Explosion (Fuel)  [ ] Fire or Explosion (Other than fuel)  [ ] Fallen Skier  [✓] Collision with Vessel | [ ] Collision with Fixed Object  [ ] Collision with Floating Object  [ ] Falls Overboard  [ ] Falls in Boat  [ ] Hit By Boat or Propeller  [ ] Other (Specify) | [ ] Weather  [ ] Excessive Speed  [✓] No Proper Lookout  [ ] Restricted Vision  [ ] Overloading  [ ] Improper Loading  [ ] Hazardous Waters  [✓] Other (Specify) AUTOPILOT ON, NO ONE AT HELM | [ ] Alcohol use  [ ] Drug Use  [ ] Fault of Hull  [ ] Fault of Machinery  [ ] Fault of Equipment  [ ] Operator Inexperience  [✓] Operator Inattention |

| PERSONAL FLOTATION DEVICES (PFD'S) | | PROPERTY DAMAGE | FIRE EXTINGUISHERS |
|---|---|---|---|
| Was the boat adequately equipped with COAST GUARD APPROVED FLOTATION DEVICES? [✓] Yes [ ] No  Were they accessible? [✓] Yes [ ] No  Were they serviceable? [✓] Yes [ ] No  Were they used by survivors? [ ] Yes [✓] No  What Type? [ ] I [ ] II [ ] III [ ] IV [ ] V (specify)____  Were PFD's properly Used?  Adjusted? [ ] Yes [ ] No  Sized? [ ] Yes [ ] No  Include any comments on PFD's under ACCIDENT DESCRIPTION on other side of form | Was the vessel carrying NON approved flotation devices? [ ] Yes [✓] No  Were they accessible? [ ] Yes [ ] No  Were they used? [ ] Yes [ ] No  If Yes, indicate kind | Estimated amount  This Boat $ ?  Other Boat $ ?  Other Property $ 10,000  DESCRIBE PROPERTY DAMAGE LIST OF  FISHING GEAR $10,000. DAMAGE TO  VESSELS NOT YET ASSESSED  NAME AND ADDRESS OF OWNER OF DAMAGED  PROPERTY BLUE WATER ENTERPRISES  PO BOX 2682, OCEAN BLUFF, MA 02065 | Were they used? (If yes, list Type(s) and number used.)  [ ] Yes [ ] No [✓] NA  Type: |

COMPLETE OTHER SIDE

If more than 3 fatalities and/or injuries, attach additional form(s).

## DECEASED

| NAME | ADDRESS | DATE OF BIRTH | WAS VICTIM? [ ] Swimmer [ ] Non Swimmer | DEATH CAUSED BY [ ] Drowning [ ] Other [ ] DISAPPEARANCE | WAS PFD WORN? [ ] Yes [ ] No What Type? |
|---|---|---|---|---|---|
| NAME | ADDRESS | DATE OF BIRTH | WAS VICTIM? [ ] Swimmer [ ] Non Swimmer | DEATH CAUSED BY [ ] Drowning [ ] Other [ ] DISAPPEARANCE | WAS PFD WORN? [ ] Yes [ ] No What Type? |
| NAME | ADDRESS | DATE OF BIRTH | WAS VICTIM? [ ] Swimmer [ ] Non Swimmer | DEATH CAUSED BY [ ] Drowning [ ] Other [ ] DISAPPEARANCE | WAS PFD WORN? [ ] Yes [ ] No What Type? |

## INJURED

| NAME | ADDRESS | DATE OF BIRTH | NATURE OF INJURY | MEDICAL TREATMENT |
|---|---|---|---|---|
| JOSEPH R GALGANA | 270 OLD OCEAN ST MARSHFIELD MA 02050 | 6-26-43 | TENDONS OF RIGHT ARM AND HAND | [✓] Yes [ ] No |
| NAME | ADDRESS | DATE OF BIRTH | NATURE OF INJURY | [ ] Yes [ ] No |
| NAME | ADDRESS | DATE OF BIRTH | NATURE OF INJURY | [ ] Yes [ ] No |

## ACCIDENT DESCRIPTION

DESCRIBE WHAT HAPPENED (Sequence of events. Include Failure of Equipment. If diagram is needed attach separately. Continue on additional sheets if necessary. Include any information regarding the involvement of alcohol and/or drugs in causing or contributing to the accident. Include any descriptive information about the use of PFD's.)

PLEASE SEE ATTACHMENT

## VESSEL NO. 2 (If more than 2 vessels, attach additional form(s).

| Name of Operator | Address | Boat Number |
|---|---|---|
| JEFF LEE BOLSTER | 195 VINE ST | 6822E4 |
| Telephone Number (781) 585-6913 | DUXBURY, MA 02332 | Boat Name SNOW GOOSE |
| Name of Owner JEFF LEE BOLSTER | Address " " | |

## WITNESSES

| Name | Address | Telephone Number |
|---|---|---|
| SHAWN P KELLY | 47 KAATEKILL WAY BALLSTON SPA, NY 12020 | (518) 583-4495 |
| DANA R GALGANA | 2106 COUNTY ST TAUNTON, MA 02780 | (508) 824-5487 |
| Name | Address | Telephone Number |

## PERSON COMPLETING REPORT

| SIGNATURE [signed] | Address 270 OLD OCEAN ST MARSHFIELD, MA 02050 | Telephone Number (781) 837-9826 |
|---|---|---|
| QUALIFICATION (Check One) [✓] Operator [ ] Owner [ ] Investigator [ ] Other | | Date Submitted 8-26-02 |

(do not use) - FOR REPORTING AUTHORITY REVIEW (use agency date stamp)

| Causes based on (check one) [ ] This report [ ] Investigation and this report [ ] Investigation [ ] Could not be determined | Name of Reviewing Officer | Date Received |
|---|---|---|
| Primary Cause of Accident | Secondary Cause of Accident | Reviewed By |

Attachment to Boating Accident Report

Description of accident, 8-24-02, 2:30 pm, Cape Cod Bay, collision of Snow Goose (Vessel #2) with Prim Lady (Vessel #1)

While at anchor, fishing for tuna, I observed Vessel #2 approaching and assumed the skipper was in search of bait, conversation, etc. However, he did not decrease speed (approximately 12 knots, I estimate) as he neared, and, only seconds before impact, I could see that there was no one at the wheel. Vessel #2 struck Vessel #1 starboard side, amidships, then bounced off and, because V2 was on autopilot and therefore still in gear, struck again. This time V2 turned and raked V1 midship to stern, tearing away fishing gear and damaging V1 to an as yet unknown extent. I was knocked down and smashed into the doorframe of the wheelhouse, injuring the tendons in my right arm and hand. I did not observe any injuries to my companions. Immediately after the accident I asked the skipper of V2 if he had been on autopilot, which he confirmed. He had also been wearing some sort of headset, whether earphones or for sound suppression I do not know, while working on his afterdeck. At my request, V2 remained with V1 and both vessels returned to Brant Rock together. During the return trip, I experienced engine vibration and overheating, smelled hydraulic fluid, and observed the bilge pumps come on several times—none of which had happened on the trip out. During the return trip I also observed that the skipper of V2 again turned on his autopilot and returned to work on his afterdeck.