

1. F/V "Prim Lady", Green Harbor Marine, Brant Rock, MA on November 23, 2004

2. Port bow with Massachusetts' registration number.



3.  Massachusetts assigned hull number







4. Port side



5. Starboard side



6. Starboard side with notations



7. Starboard bow area with previous surveyor's notation.





8. Area of impact #1



9. Area of impact #2





10. Looking obliquely at impact area #1



11. Undisturbed butts and joints in the starboard wash rail and side of the house area #1



12. Another view of undisturbed butts and joints, starboard side, impact area #1



13. Starboard interior of house showing no disturbance of butts and joints.



14. Interior view of starboard wash rail, impact area #1.
Shiny bolt secures the aluminum rail guard, blue bolts secure
PVC guard. Note no disturbance.



15. Aft face of partial bulkhead aft of impact area #1. No disturbance.



16. Forward face of partial bulkhead shown in #15.
No disturbance.





17. Looking down on impact area #2.
Note rail is not inset.



18. Wash rail support knee with integral fuel oil fill area of impact #2. Note fracture in knee.



19. Another view of photo #18 subject.



20. Molded dashboard in house at the cuddy companionway. No crazing at corners.



21. Starboard aft corner post for house roof extension.
Note slight stress opening release of panel.



22. Aft of house with sliding panel marked "convex". Sliding panel rubs fixed panel. Suspect modification of builder's support system and collision.



23. Sliding panel at aft face of house. Rub area encircled.

24. Area of platform marked by previous surveyor as being damaged. This is in between impact area #1 & 2.



25. Detail of surveyor's mark on platform referred to in photo #24.



26. Previous surveyor's mark on port side platform aft of house.



27. Previous surveyor's mark on platform, port side outboard of fish hold.



28. Under water machinery as viewed from the port side.



29. Lazarette with steering gear and wheel clean out.



30. Starboard aft corner of house. Arrow points to crack in aft window.



31. Detail of photo #30. Arrow points to the crack. Note size of crack, location and rubber gasket.



32. Starboard side of cuddy looking aft.



33. Forward bulkhead - starboard side of cuddy.



34. Starboard side of cuddy - bench seats with arrows at tabbing failure being initiated.



35. Mermaid 6 cylinder turbocharged diesel engine on its beds.



36. Hour meter reflecting 3,920.19 hours of operation.



37. Starboard forward engine mount.



38. Starboard aft engine mount.



39.  Port forward engine mount.

40. Port aft engine mount.





41. Packless propellor shaft seal.