# CLINTON & MUZYKA, P.C.

ATTORNEYS AT LAW

ONE WASHINGTON MALL, SUITE 1400

BOSTON, MASSACHUSETTS 02108

THOMAS E. CLINTON
THOMAS J. MUZYKA
ROBERT E. COLLINS*
KENNETH M. CHIARELLO
TERENCE G. KENNEALLY
───
ARTHUR P. SKARMEAS**
Of Counsel

*Also admitted in RI
**Also admitted in NH

December 20, 2004

BY-HAND DELIVERY



TELEPHONE
(617) 723-9165
FACSIMILE
(617) 720-3489
E-MAIL:
c&m@clinmuzyka.com

United States District Court
John Joseph Moakley, U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Attention:    Zita Lovett
              Courtroom Clerk

Re:  OneBeacon America Insurance Co.
     vs. Blue Water Enterprises, Inc.
     Civil Action No: 04-11753-JLT

Dear Ms. Lovett:

In reference to the above-matter and our recent telephone conversation, this is to request that the Initial Scheduling Conference scheduled for January 4, 2005 be canceled.  The parties are in the process of evaluating the Umpire's findings and recommendations, and do not believe that discovery is warranted under these circumstances.  The parties will advise the Court of any new developments.

If you have any questions concerning the above, please do not hesitate to contact the undersigned.  Thank you for your cooperation.

Very truly yours,

Kenneth M. Chiarello

cc: Mason & Duffy, P.C.
    72 Sharp Street
    Hingham, MA  02043

    Attn:    Timothy Duffy, Esq.