```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **ONEBEACON AMERICA INSURANCE COMPANY,**<br>    **Plaintiff,** | **CIVIL ACTION**<br>**NO: 04-11753-JLT** |
| **vs.** | |
| **BLUE WATER ENTERPRISES, INC.**<br>    **Defendant.** | |

### STIPULATION

Now come the parties, in the above-entitled action, by and through their undersigned attorneys, and without waiving any rights or defenses, hereby stipulate that any settlement, or Award or Judgment entered against the plaintiff shall be reduced by $1,626.98, which represents fifty percent (50%) of the Umpire's fees that have been incurred by the defendant to date and satisfied by the plaintiff.

Respectfully submitted,

**FOR THE PLAINTIFF**                    **FOR THE DEFENDANT**


<u>"/s/ Kenneth M. Chiarello"</u>         <u>"/s/ Timothy Duffy"</u>
Kenneth M. Chiarello                     Timothy Duffy
BBO NO: 639274                           BBO NO:
CLINTON & MUZYKA, P.C.                   MASON & DUFFY, P.C.
One Washington Mall                      72 Sharp Street
Suite 1400                               Hingham, MA  02043
Boston, MA  02108                        (781) 337-0066
(617) 723-9165


Dated: May 23, 2005