UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ONEBEACON AMERICA INSURANCE COMPANY,**<br>　　**Plaintiff,** | **CIVIL ACTION**<br>**NO: 04-11753-JLT** |
| vs. | |
| **BLUE WATER ENTERPRISES, INC.**<br>　　**Defendant.** | |

## SUBMISSION OF UMPIRE'S FINDINGS

Now comes the plaintiff, OneBeacon America Insurance Company, in the above-entitled action, by and through its undersigned attorneys, Clinton & Muzyka, P.C., and respectfully files the Umpire's recent findings, which are attached hereto as Exhibit "A."

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/Kenneth M. Chiarello"
Kenneth M. Chiarello
BBO NO: 639274
One Washington Mall
Suite 1400
Boston, MA  02108
(617) 723-9165