UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ONEBEACON AMERICA INSURANCE COMPANY,**<br>　　**Plaintiff,** | **CIVIL ACTION**<br>**NO: 04-11753-JLT** |

vs.

**BLUE WATER ENTERPRISES, INC.**
　　**Defendant.**

### PLAINTIFF'S REQUEST FOR A STATUS CONFERENCE

Now comes the plaintiff, OneBeacon America Insurance Company, in the above-entitled action, by and through its undersigned attorneys, Clinton & Muzyka, P.C., and respectfully requests a status conference before the Honorable Joseph Tauro to discuss the future handling of this matter.

　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　**CLINTON & MUZYKA, P.C.**


　　　　　　　　　　　　　　　　　　　"/s/Kenneth M. Chiarello"
　　　　　　　　　　　　　　　　　　　Thomas J. Muzyka
　　　　　　　　　　　　　　　　　　　BBO No: 365540
　　　　　　　　　　　　　　　　　　　Kenneth M. Chiarello
　　　　　　　　　　　　　　　　　　　BBO No: 639274
　　　　　　　　　　　　　　　　　　　One Washington Mall
　　　　　　　　　　　　　　　　　　　Suite 1400
　　　　　　　　　　　　　　　　　　　Boston, MA  02108
　　　　　　　　　　　　　　　　　　　(617) 723-9165


Dated:  July 1, 2005