United States District Court
District of Massachusetts

OneBeacon America Insurance Company        C.A. # 04-11753-JLT

vs.

Blue Water Enterprises, Inc.

## ORDER

This matter was before the Court for a Status Conference on March 8, 2006. After hearing thereon, it is hereby ordered that the Umpire, James Simonitsch, shall appoint Fairhaven Shipyard for the limited purpose of inspecting the defendant's vessel and issuing a repair estimate in accordance with the Umpire's findings. Said repair estimate shall be filed with the Court by or before April 10, 2006.

So Ordered,

*/s/ J. Tauro*
Honorable Joseph L. Tauro
Dated: 3/7/06