UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ONEBEACON AMERICA INSURANCE COMPANY, <br><br> Plaintiff, <br> v. <br><br> BLUE WATER ENTERPRISES, INC., <br> Defendant. | * <br> * <br> * <br> * <br> *   Civil Action No. 04-11753-JLT <br> * <br> * <br> * <br> * <br> * |

<u>ORDER</u>

March 9, 2006

TAURO, J.

After the Conference held on March 7, 2006, this court hereby orders that:

1. Defendant shall provide Plaintiff with a copy of the settlement agreement discussed in open court by March 10, 2006; and

2. A Further Conference is scheduled for April 12, 2006, at 10:00 a.m.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro
United States District Judge