# Mason & Duffy, P.C.
ATTORNEYS AT LAW

March 27, 2006

VIA FEDERAL EXPRESS OVERNIGHT
Tracking No. 8468 1546 0303

Zita Lovett
United States District Court for the
District of Massachusetts
John Joseph Moakley U. S. Courthouse
One Courthouse Way
Boston, MA 02210

RE:   OneBeacon America Insurance Company
      v. Blue Water Enterprises, Inc.

Dear Ms. Lovett:

I am in receipt of the mailed Docket Report with Notice of Hearing set for March 30, 2006 in the above-referenced matter, but I did not receive the Electronic Notice. I am registered and have an Appearance in this case. Why am I not receiving Electronic Notice?

If you have any questions, please do not hesitate to contact me at (781) 337-0066, extension 13.

Very truly yours,
MASON & DUFFY, P.C.

Timothy F. Duffy

TFD/rmm

---

72 Sharp Street, Unit A9 ■ Hingham, MA 02043-4362
(781) 337-0066 ■ FAX (781) 337-2266 ■ www.masonduffy.com
Michael P. Mason, Public Administrator

# Mason & Duffy, P.C.

ATTORNEYS AT LAW

VIA FACSIMILE AND U.S. MAIL
To Fax No. (617) 720-3489

March 27, 2006

Kenneth M. Chiarello, Esquire
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108

RE:  Blue Water Enterprises, Inc.
     v. One Beacon America Insurance Company
     Plymouth Superior Court C.A. No. PLCV2004-00187-B

Dear Mr. Chiarello:

Enclosed please find a copy of the Release and Settlement Agreement for Joseph R. Galgana and Blue Water Enterprises, Inc. v. Jeff Lee Bolster, Plymouth Superior Court C. A. No. PLC2003-00764.

If you have any questions, please do not hesitate to contact me at (781) 337-0066, extension 13.

Very truly yours,
MASON & DUFFY, P.C.

Timothy F. Duffy

TFD/rmm

Enclosure

cc:  Zita Lovett