UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ONEBEACON AMERICA INSURANCE COMPANY, | * * * |
| Plaintiff, | * |
| v. | *  Civil Action No. 04-11753-JLT |
| | * * |
| BLUE WATER ENTERPRISES, INC., | * * |
| Defendant. | * |

<u>ORDER</u>

March 30, 2006

TAURO, J.

After the Conference held on March 30, 2006, this court hereby orders that:

1. Defendant's Attorney shall show cause as to why the court should not sanction him for his failure to appear at the scheduled March 30, 2006 conference.

IT IS SO ORDERED.

       /s/ Joseph L. Tauro
United States District Judge