**JAMES T. SIMONITSCH**
INDEPENDENT MARINE SURVEYOR

192, ROUND POND, ME 04564
529-6885 • FAX: 207-529-6887

Ms. Zita Lovett
Civil Action #
04-11753-JLT

3/27/06

to: Kenneth Chiarello
    Timothy Duffy

Re: "Prim Lady"

Good Afternoon,

I spoke w/ Kevin McLaughlin this afternoon. He has an appointment w/ Mr. Galgana at approx. noon on 3/28/06 for the purpose of inspecting the damages to the "Prim Lady". He stated that he expects to finish his inspection on 3/28/06.

I will check-in w/ Mr. McLaughlin on 3/29/06 for a status report & to answer any questions he might have.

MEMBER NATIONAL ASSOCIATION OF MARINE SURVEYORS

-2-

Please call with your questions.

Umpire signs w/o prejudice,

James F. Simonitsch

CC - Ms. Zita Lovett
     Mr. Kevin McLaughlin