

**JAMES T. SIMONITSCH**
INDEPENDENT MARINE SURVEYOR

P.O. BOX 192, ROUND POND, ME 04564

TEL: 207-529-6885 • FAX: 207-529-6887

March 31, 2006

Mr. Kenneth Chiarello
Clinton & Muzyka
One Washington Mall, Suite 1400
Boston, MA 02108

Mr. Timothy Duffy
Mason & Duffy, PC
72 Sharp Street, Unit A9
Hingham, MA 02043

Re: ONEBEACON AMERICA INSURANCE CO. VS. BLUEWATER
ENTERPRISES INC., US DISTRICT COURT (MASSACHUSETTS)
CIVIL ACTION #04-11753-JLT

Dear Mr. Chiarello & Mr. Duffy,

Enclosed please find my invoice for March 30, 2006 as mentioned by Judge Tauro and requested by Mr. Chiarello.

Umpire signs without prejudice.

James T. Simonitsch

Enclosure: Invoice dated March 31, 2006

Cc: Ms. Zita Lovett with enclosure



IONAL ASSOCIATION OF MARINE SURVEYORS



**JAMES T. SIMONITSCH**
INDEPENDENT MARINE SURVEYOR

P.O. BOX 192, ROUND POND, ME 04564
TEL: 207-529-6885 • FAX: 207-529-6887

March 31, 2006

Mr. Kenneth Chiarello
Clinton & Muzyka
One Washington Mall, Suite 1400
Boston, MA 02108

Mr. Timothy Duffy
Mason & Duffy, PC
72 Sharp Street, Unit A9
Hingham, MA 02043

Re: ONEBEACON AMERICA INSURANCE CO. VS. BLUEWATER
ENTERPRISES INC., US DISTRICT COURT (MASSACHUSETTS)
CIVIL ACTION #04-11753-JLT

### INVOICE

FOR SERVICES RENDERED AND EXPENSES INCURRED IN
REFERENCE TO THE ABOVE CAPTIONED FILE BETWEEN FEBRUARY
20, 2006 THROUGH MARCH 13, 2006:

| | |
|---|---:|
| FEE FOR PROFESSIONAL SERVICES: | $693.75 |
| (9.25 hours @ $75.00 per hour) | |
| | |
| EXPENSES: | |
| Travel (346 miles @ $.80 per mile) | 276.00 |
| Tolls: Tobin Bridge | 4.50 |
| Maine Turnpike | 7.70 |
| Parking | 8.00 |
| | |
| TOTAL | $990.75 |

Mr. Chiarello & Mr. Duffy
March 31, 2006
Page 2

*James T. Simonitsch*
James T. Simonitsch
Certified Marine Surveyor
TAX ID # 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

FILE: *Prim Lady* — Prep for + attendance at hearing of 3/30/06

| DATE | HRS | EXP | SERVICES |
|---|---|---|---|
| 3/29/06 | .50 | — | Preparation for hearing of 3/30/06 |
| 3/30/06 | 8.25 | — | Round trip to Boston for hearing |
|  |  | 346 mi $145.80 | Round trip Rowland, MA to Boston |
|  |  | 2.20 | Cabin bridge toll |
|  |  | 8.00 | Garage in front of US Courthouse |
| TOTALS | 9.25 hrs |  |  |

HOURS: 9.25 @ $75.00  $ 693.75
TRAVEL: 346 mi @ $.80/mi  $ 276.80
OTHER: tolls  $ 12.20
OTHER: parking  $ 8.00
                    TOTAL: $ 990.75