| | | |
|---|---|---|
| | | 03/01/2006) |
| 03/07/2006 | [22](#) | Judge Joseph L. Tauro : ORDER entered. The umpire, James Simonitsch, shall appoint Fairhaven Shipyard for the purpose of inspecting the defendant's vessel and issuing a repair estimate in accordance with the Umpire's findings. Said repair estimate shall be filed with the court on or before April 10, 2006.(Abaid, Kim) (Entered: 03/08/2006) |
| 03/09/2006 | [23](#) | Judge Joseph L. Tauro : ORDER entered. Defendant shall provide Plaintiff with a copy of the settlement agreement discussed in open court by March 10, 2006. A Further Conference is scheduled for April 12, 2006 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 03/09/2006) |
| 03/21/2006 | [24](#) | Copy of Letters from James T. Simonitsch to Kenneth Chiarello and Timothy Duffy. (Abaid, Kim) (Entered: 03/21/2006) |
| 03/24/2006 | | ELECTRONICNOTICE of Hearing: Contempt Hearing set for 3/30/2006 12:30 PM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 03/24/2006) |

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11753-JLT

| | |
|---|---|
| OneBeacon America Insurance Company v. Blue Water Enterprises, Inc. | Date Filed: 08/11/2004 |
| Assigned to: Judge Joseph L. Tauro | Jury Demand: None |
| Cause: 28:1333 Admiralty | Nature of Suit: 120 Contract: Marine |
| | Jurisdiction: Federal Question |

**Plaintiff**

**OneBeacon America Insurance Company**  represented by  **Kenneth M. Chiarello**
Clinton & Muzyka
One Washington Mall
Suite 1400
Boston, MA 02108
617-723-9165
Fax: 617-720-3489
Email: KCHIARELLO@CLINMUZYKA.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. Muzyka**
Clinton & Muzyka P.C.
One Washington Mall
Suite 1400
Boston, MA 02108
617-723-9165
Fax: 617-720-3489
Email: tmuzyka@clinmuzyka.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Blue Water Enterprises, Inc.**  represented by  **Michael P. Mason**
Mason & Duffy PC
A9
72 Sharp Street
Hingham, MA 02043
781-337-0066
Fax: 781-337-2266
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2004 | 1 | COMPLAINT for appointment of umpire pursuant to the federal arbitration act. Filing fee: $ 150, receipt number 57890, filed by OneBeacon America Insurance Company.(Abaid, Kim) (Entered: 08/11/2004) |
| 08/11/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Abaid, Kim) (Entered: 08/11/2004) |
| 08/11/2004 |  | Summons Issued as to Blue Water Enterprises, Inc.. (Abaid, Kim) (Entered: 08/11/2004) |
| 09/10/2004 | 2 | SUMMONS Returned Executed Blue Water Enterprises, Inc. served on 8/24/2004, answer due 9/13/2004. (Abaid, Kim) (Entered: 09/13/2004) |
| 09/13/2004 | 3 | ANSWER to Complaint by Blue Water Enterprises, Inc.. (Attachments: # 1 Certificate of Service)(Abaid, Kim) (Entered: 09/13/2004) |
| 10/27/2004 | 4 | Proposed Order *to Appoint Umpire* by OneBeacon America Insurance Company.(Muzyka, Thomas) Modified on 10/28/2004 (Abaid, Kim). (Entered: 10/27/2004) |
| 10/27/2004 |  | Motions terminated: 4 MOTION for Order *to Appoint Umpire* filed by OneBeacon America Insurance Company. Not actually a motion but a proposed order. (Abaid, Kim) (Entered: 10/28/2004) |
| 10/28/2004 | 5 | Judge Joseph L. Tauro : ORDER entered the Parties' surveyors, David Wiggin for Plaintiff and Robert Scanlon for Defendant, shall meet and confer to agree upon the amount of damages to the F/V Prim Lady; In the event that the abovementioned surveyors cannot agree upon the amount of damages, the surveyors are to select a mutually acceptable Umpire by or before November 5, 2004. The Parties are to report the surveyors' selection to this court by or before November 8, 2004.(Abaid, Kim) (Entered: 10/28/2004) |
| 11/10/2004 | 6 | STATUS REPORT *On Appoinment of Umpire* by OneBeacon America Insurance Company. (Chiarello, Kenneth) (Entered: 11/10/2004) |
| 12/09/2004 | 7 | NOTICE of Scheduling Conference Scheduling Conference set for 1/4/2005 10:45 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 12/09/2004) |
| 12/09/2004 | 8 | Judge Joseph L. Tauro : RULE 26 ORDER entered.(Abaid, Kim) (Entered: 12/09/2004) |
| 12/10/2004 | 9 | STATUS REPORT *and Submission of Umpire's Findings* by OneBeacon America Insurance Company. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit)(Chiarello, Kenneth) (Entered: 12/10/2004) |
| 12/20/2004 | 10 | Letter from Kenneth M. Chiarello. (Abaid, Kim) (Entered: 12/20/2004) |
| 02/11/2005 | 11 | MOTION for Hearing by OneBeacon America Insurance Company. |

| | | |
|---|---|---|
| | | (Chiarello, Kenneth) (Entered: 02/11/2005) |
| 02/15/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 11 Motion for Hearing, THE HEARING SHALL BE HELD ON FEBRUARY 23,2005 AT 10:15 A.M. (Lovett, Zita) (Entered: 02/15/2005) |
| 05/23/2005 | 12 | STIPULATION *re: Umpire's fees* by OneBeacon America Insurance Company. (Chiarello, Kenneth) (Entered: 05/23/2005) |
| 05/26/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered. ELECTRONIC ENDORSEMENT - 12 Stipulation is Approved. (Abaid, Kim) (Entered: 05/31/2005) |
| 06/10/2005 | 13 | NOTICE by OneBeacon America Insurance Company *Filing of Submission of Umpire's Findings* (Attachments: # 1 Exhibit A)(Chiarello, Kenneth) (Entered: 06/10/2005) |
| 07/01/2005 | 14 | MOTION Status Conference by OneBeacon America Insurance Company.(Chiarello, Kenneth) (Entered: 07/01/2005) |
| 07/07/2005 | | NOTICE BY THE court: A STATUS CONFERENCE WILL BE HELD ON AUGUST 4, 2005 AT 12:00 P.M. (Lovett, Zita) Modified on 7/11/2005 (Abaid, Kim). (Entered: 07/07/2005) |
| 08/11/2005 | 15 | STATUS REPORT *& Proposed Order* by OneBeacon America Insurance Company. (Chiarello, Kenneth) (Entered: 08/11/2005) |
| 08/22/2005 | 16 | Judge Joseph L. Tauro : ORDER entered re: Umpire. The parties shall appear for a status conference on December 6, 2005 at 10:15 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 08/24/2005) |
| 10/11/2005 | | Judge Joseph L. Tauro : ElectronicORDER entered finding as moot 14 Motion for status conference (Lovett, Zita) (Entered: 10/11/2005) |
| 10/13/2005 | 17 | STATUS REPORT by OneBeacon America Insurance Company. (Chiarello, Kenneth) (Entered: 10/13/2005) |
| 11/10/2005 | 18 | Joint MOTION to Amend *August 22, 2005 Order & to Reschedule The December 6, 2005 Status Conference* by OneBeacon America Insurance Company. (Attachments: # 1 Text of Proposed Order Amended Order)(Chiarello, Kenneth) (Entered: 11/10/2005) |
| 11/14/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 18 Motion to Amend the August 22, 2005 Order (Abaid, Kim) (Entered: 11/17/2005) |
| 11/14/2005 | 19 | Judge Joseph L. Tauro : AMENDED ORDER entered. (Abaid, Kim) (Entered: 11/17/2005) |
| 02/21/2006 | 20 | STATUS REPORT by OneBeacon America Insurance Company. (Chiarello, Kenneth) (Entered: 02/21/2006) |
| 03/01/2006 | 21 | STATUS REPORT by OneBeacon America Insurance Company. (Attachments: # 1 Exhibit # 2 Exhibit)(Chiarello, Kenneth) (Entered: |