

**JAMES T. SIMONITSCH**
INDEPENDENT MARINE SURVEYOR

P.O. BOX 192, ROUND POND, ME 04564
TEL: 207-529-6885 • FAX: 207-529-6887

tues - 1/10/06

to: Jim Duffy - Mason + Duffy

Ken Chiarello - Clinton + Muzyka

Re: "Prim Lady"

Good Afternoon:

Another "shoe has dropped." With Brewer Plymouth Marine out of the bidding process we are back to square one. I have no further suggestions in reference to potential bidders.

Umpire signs w/o prejudice,

James T. Simonitsch

Encl - ltr - Brewer Plymouth Marine, 12/30/05

# BREWER PLYMOUTH MARINE

14 UNION STREET • PLYMOUTH, MA 02360

═══════════ A Full Service Yacht Yard ═══════════

(508) 746-4500 • Fax (508) 746-2883 • www.byy.com

Mr. James Simonitsch  
Marine Surveyor  
P.O Box 192  
Round Pound Maine 04564

December 30, 2005

Dear Mr. Simonitsch :

After reviewing the enclosed report and taking a drive by inspection of vessel concerned I have decided that this repair is not one in which we would want to become involved with. I am returning the enclosed report with out prejudice and hope our yard can be of service to you in the future. Please give me a call if this needs to be discussed further.

Sincerely

Tim Moll  
General Manager



Glen Cove, NY • Greenport, NY • Greenport Stirling Harbor, NY • Mamaroneck, NY • Port Washington, NY  
Branford, CT • Deep River, CT • Essex, Ct • Mystic, CT • Old Saybrook, CT • Stamford, CT • Stratford, CT • Westbrook, CT  
Barrington, RI • Portsmouth, RI • Warwick, RI • Wickford, RI • North Falmouth, MA • Plymouth, MA • South Freeport, ME

Affiliates:  BREWER YACHT SALES  
(508) 747-4431