**JAMES T. SIMONITSCH**
INDEPENDENT MARINE SURVEYOR



P.O. BOX 192, ROUND POND, ME 04564
TEL: 207-529-6985 • FAX: 207-529-6887

tues 3/21/06

To: Timothy Duffy, Mason Duffy
Kenneth Chiarello, Carlson & Muzyka

Re: "Prim Lady"

Good Morning,

Status Report:

1/ I appreciate both of you contacting me today.

2/ I appreciate Mr. Duffy's plan to get a message to Mr. Galgana reference showing the boat to the estimator on 3/27 or 3/28.

3/ I appreciate Mr. Chiarello's encouragement to get the estimate done now per the court order, rather than getting an extension of time from the court.

4/ Lastly, I appreciate Mr. McLaughlin's willingness to work diligently on the estimate if he can

4) Cont'd - inspect the boat on 3/27 or 3/28.

5) Given 1-4 P will not request an extension of time from the court unless Mr. McLaughlin cannot inspect the boat until after 3/28.

6) I look forward to working w/ both parties + the estimator to meet the requirements of the court order dated 3/2/06

In reference to the court order dated 3/2/06 I saw no mention of a Status Conference. I am under the impression that one is to be held on Wed, 4/12/06. If so at what time + where?

Please call w/ questions.

Umpire signs w/o prejudice,

James T. Simonitsch

CC Kevin McLaughlin, Fairhaven SY