

**JAMES T. SIMONITSCH**

INDEPENDENT MARINE SURVEYOR

P.O. BOX 192, ROUND POND, ME 04564

TEL: 207-529-6885 • FAX: 207-529-6887

To: Kenneth Chiarello          tues 3/28/06
    Timothy Duffy

Re: "Prim Lady"

Good Afternoon,

Mr. Kevin McLaughlin reported to me that he
met Mr. Galgana at the boat today. Mr. Mc
Laughlin was able to complete his inspection.
Also present was Marine Surveyor Rob Scanlan.

Umpire signs w/o prejudice,
James T. Simonitsch