COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss.                    PLYMOUTH SUPERIOR COURT
                                 CIVIL ACTION NO.: 04-00187

BLUE WATER ENTERPRISES, INC.,    )
                                 )
                     Plaintiff,  )
v.                               )
                                 )
ONE BEACON AMERICA               )
INSURANCE COMPANY,               )
                                 )
                     Defendant.  )

NOTICE OF DEPOSITION

TO:    Thomas J. Muzyka, Esq.
       Clinton & Muzyka, P.C.
       One Washington Mall, Suite 1400
       Boston, MA 02108

    Please take notice that, at **10:00 o'clock in the forenoon, on Wednesday, August 25, 2004**, at the offices of MASON & DUFFY, P.C., 72 Sharp Street, Unit A9, Hingham, MA 02043, the plaintiff in this action, Blue Water Enterprises, Inc., by its attorneys will take the deposition upon oral examination of **BERNICE M. FORD**, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before some officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

    You are invited to attend and cross-examine.

                                                  Attorney for the Plaintiff
                                                  Blue Water Enterprises, Inc.,

                                                  Michael P. Mason - BBO #543987
                                                  MASON & DUFFY, P.C.
                                                  72 Sharp Street, Unit A9
                                                  Hingham, MA 02043

Dated: July 21, 2004                                  (781) 337-0066

## COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss.                           PLYMOUTH SUPERIOR COURT
                                        CIVIL ACTION NO.: 04-187

BLUE WATER ENTERPRISES, INC.,   )
                                )
                     Plaintiff, )
                                )
v.                              )
                                )
ONE BEACON AMERICA              )
INSURANCE COMPANY,              )
                                )
                     Defendant. )

### CERTIFICATE OF SERVICE

I, Michael P. Mason, attorney for the Plaintiff, hereby certify that on this date I served the attached NOTICE OF DEPOSITION on the Defendant in this action by mailing a copy thereof, postage prepaid to the following counsel of record:

Thomas J. Muzyka, BBO#365540
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108

                                        Michael P. Mason Esq.
                                        MASON & DUFFY, P.C.
                                        72 Sharp Street
                                        Hingham, MA  02043
Dated: July 21, 2004                    (781) 337-0066

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss.                                       PLYMOUTH SUPERIOR COURT
                                                    CIVIL ACTION NO.: 04-00187

BLUE WATER ENTERPRISES, INC.,    )
                                 )
                    Plaintiff,   )
                                 )
v.                               )
                                 )
ONE BEACON AMERICA               )
INSURANCE COMPANY,               )
                                 )
                    Defendant.   )

### SUBPOENA DUCES TECUM

TO:   BERNICE M. FORD
      International Marine Underwriters
      One Beacon Insurance Group
      Boston, MA 02108-3100

You are hereby commanded to attend and appear at the offices of MASON & DUFFY, P.C., 72 Sharp Street, Unit A9, Hingham, MA 02403, on **Wednesday, August 25, 2004, at 10:00 a.m.** and from day to day thereafter, to testify upon oral examination at the instance of the plaintiff in this action, and to bring with you and to produce at the time and place copies of the following documents and papers: **all documentation including but not limited to correspondence, records, notes, charts, surveys, inspections, evaluations, estimates, your own notes and the like involving your review of the claim of August 24, 2002 regarding the vessel, "Prim Lady", One Beacon America Insurance Company Policy No. C5JH 51317, IMU Claim No. OBM 00328Y.**

For failure to attend you may be deemed guilty of contempt, and liable for such penalties as are provided by law.

_____
Michael P. Mason - BBO #543987
MASON & DUFFY, P.C.
72 Sharp Street, Unit A9
Hingham, MA 02043
(781) 337-0066

Dated: July 21, 2004

_____
Ruth M. McGlone, Notary Public
My Commission Expires: 6/18/05



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

August 5, 2004

I hereby certify and return that on 8/3/2004 at 8:45AM I served a true and attested copy of the Witness Subpoena Deposition in this action in the following manner: To wit, by delivering in hand to Mary Johnson, for Bernice F. Ford, at International Marine Underwriters, One Beacon Street, Boston, MA 02108-3100. Witness Fee ($9.60), Basic Service Fee (IH) ($30.00), Travel ($11.52), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $57.12

Deputy Sheriff   George Slyva                                        _____
                                                                        Deputy Sheriff