UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NUMBER: 04 11753 JLT

| | |
|---|---|
| ONE BEACON AMERICA INSURANCE COMPANY, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| BLUE WATER ENTERPRISES, INC., | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

I, Timothy F. Duffy, attorney for the Defendant, hereby certify that on this date I served the attached DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR AN ORDER REQUIRING THE PARTIES TO EAQUALLY SHARE ANY AND ALL COSTS INCURRED BY THE UMPIRE on the Plaintiff in this action by mailing a copy thereof, postage prepaid to the following counsel of record:

Kenneth M. Chiarello, Esquire
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108

Timothy F. Duffy, BBO#549742
MASON & DUFFY, P.C.
72 Sharp Street
Hingham, MA 02043
(781) 337-0066

Dated: April 6, 2006