```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

                                CASE NUMBER:  04 11753 JLT


ONE BEACON AMERICA              )
INSURANCE COMPANY,              )
                Plaintiff,      )
                                )
v.                              )
                                )
BLUE WATER ENTERPRISES, INC.,   )
                Defendant.      )


NOTICE OF APPEARANCE

     Please enter my appearance on behalf of the Defendant, Blue Water
Enterprises, Inc., in the above-entitled action.

                                Respectfully submitted,
                                Blue Water Enterprises, Inc.,
                                By its Attorneys,


                                /S/Timothy F. Duffy
                                Timothy F. Duffy, BBO#549742
                                MASON & DUFFY, P.C.
                                72 Sharp Street
                                Hingham, MA  02043
                                (781) 337-0066
Dated:  April 11, 2006
```