UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ONEBEACON AMERICA INSURANCE COMPANY, \*

Plaintiff,

v.    Civil Action No. 04-11753-JLT

BLUE WATER ENTERPRISES, INC.,

Defendant.

ORDER

April 12, 2006

TAURO, J.

After the Conference held on April 12, 2006, this court hereby orders that:

1. The Umpire's Findings are ACCEPTED and CONFIRMED;

2. Plaintiff's Motion for Order to Require the Parties to Equally Share any and all Costs Incurred by Umpire in Connection with His Court Appointed Services [# 25] is ALLOWED;

3. Plaintiff's Motion for Attorney's Fees [# 29] is ALLOWED; and

4. This matter is DISMISSED WITHOUT PREJUDICE to the pending Massachusetts Superior Court action.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge