UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ONEBEACON AMERICA INSURANCE COMPANY,** | CIVIL ACTION |
| Plaintiff, | NO: 04-11753-JLT |
| vs. | |
| **BLUE WATER ENTERPRISES, INC.** Defendant. | |

### ORDER

This matter was before the Court on April 12, 2006 on Plaintiff's Motion for an Order Requiring the Parties to Equally Share Any and All Costs Incurred by the Umpire in Connection with his Court-Appointed Services. After hearing thereon, it is hereby Ordered that the parties shall equally share any and all costs incurred by the Umpire in connection with his court-appointed services. It is further Ordered that the parties are to satisfy and the Umpire's outstanding and future invoices within a reasonable time upon receipt.

So Ordered:

_____
Honorable Joseph L. Tauro
Dated: April 12, 2006